

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-292-CV

IN RE BLAKE MIRAGLIA                                          RELATORS
AND GARY VANIER

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied. The court vacates its July 11, 2008 order staying the trial court's June 2, 2008 order regarding documents tendered in camera in cause number 048-227636-07. Having vacated our July 11, 2008 order, relators' July 22, 2008 "Motion For Clarification Of The Court Of Appeals' Order Granting Temporary Relief And/Or Motion For Further Temporary Relief" is denied as moot.

---

[1] *See* TEX. R. APP. P. 47.4.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL  A:  HOLMAN and GARDNER, JJ.

DELIVERED:  July 23, 2008

2